United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04208-MJC |
| Germain W. Joyner | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5319749 | + | WILMINGTON SAVINGS CARRINGTON MTS SERV, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806, WILMINGTON SAVINGS CARRINGTON MTS SERV, 1600 S. DOUGLASS RD ANAHEIM, CA 92806-5948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Jpmorgan Chase Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Jpmorgan Chase Bank National Association pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Stanwich Mortgage Loan Trust F by Carrington Mortgage Services, LLC as Servicer and Attorney in Fact bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | |

on behalf of Debtor 1 Germain W. Joyner rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Germain W. Joyner
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-04208-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Germain W. Joyner
3132 Pine Valley Way
East Stroudsburg PA 18302-6703

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/26/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: WILMINGTON SAVINGS CARRINGTON MTS SERV, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806, WILMINGTON SAVINGS CARRINGTON MTS SERV, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806 | Carrington Mortgage Services, LLC<br>1600 S. Douglass Road<br>Anaheim, CA  92806<br>Carrington Mortgage Services, LLC<br>1600 S. Douglass Road<br>Anaheim, CA  92806 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/29/22

Terrence S. Miller
**CLERK OF THE COURT**