IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                                   Case No. 5:19-bk-04208-MJC
                                                                                                                Chapter 13

Germain Joyner aka Germain William Joyner
aka Germain Joyner

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                                **Steven K. Eisenberg, Esquire**
                                    **Stern & Eisenberg, PC**
                                **1581 Main Street, Suite 200**
                                **The Shops at Valley Square**
                                  **Warrington, PA 18976**

                                By:    /s/ Steven K. Eisenberg
                                         Steven K. Eisenberg, Esquire
                                         Bar No: 75736
                                         Stern & Eisenberg, PC
                                         1581 Main Street, Suite 200
                                         The Shops at Valley Square
                                         Warrington, PA 18976
                                         Phone: (215) 572-8111
                                         Fax: (215) 572-5025
                                         seisenberg@sterneisenberg.com
                                         Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of November 2022, to the following:

Robert J Kidwell, III
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360
rkidwell@newmanwilliams.com
*Attorney for Debtor(s)*

Vincent Rubino
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511
VRubino@newmanwilliams.com
*Attorney for Debtor(s)*

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
*Chapter 13 Trustee*

Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*

and by standard first-class mail postage prepaid to:

Germain Joyner aka Germain William Joyner aka Germain Joyner
3132 Pine Valley Way
East Stroudsburg, PA 18302-6703

*Debtor(s)*

      By:      /s/ Steven K. Eisenberg
                Steven K. Eisenberg, Esquire