**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

| In Re:<br><br>Germain Joyner aka Germain William Joyner aka Germain Joyner<br><br>Debtor(s) | Chapter 13<br><br>Case Number: 5:19-bk-04208-MJC |
|---|---|

### WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F (hereinafter "Movant") by its undersigned counsel, hereby withdraws the Motion for Relief from Stay filed on January 6, 2023, without prejudice.

Date: March 7, 2023

Respectfully Submitted,

*/s/ Daniel P. Jones*
Daniel P. Jones   FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

**File No.:  PA202200001608**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Withdrawal of Motion for Relief from Automatic Stay was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

**Date**: March 7, 2023

Robert J Kidwell, III
712 Monroe Street
Stroudsburg, PA 18360
rkidwell@newmanwilliams.com
**Counsel for Debtor**

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
**Bankruptcy Trustee**

Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
**US Trustee**

and by standard first-class mail postage
prepaid to:

Germain Joyner aka Germain William Joyner
aka Germain Joyner
3132 Pine Valley Way
East Stroudsburg, PA 18302-6703
**Debtor(s)**

By:

/s/ Daniel P. Jones
Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant

File No.: **PA202200001608**