LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Germain Joyner aka Germain William Joyner aka Germain Joyner

Debtor(s)

Case Number: 5:19-bk-04208-MJC

Chapter: 13

Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F
Plaintiff(s)/Movant(s)

Related Document #: 89

vs.

Defendant(s)/Respondent(s)

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST\***

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
☐ Thirty (30) days.
☐ Forty-five (45) days.
☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 03/07/2023

*/s/ Daniel P. Jones*
Attorney for Creditor

\*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.