LOCAL BANKRUPTCY FORM 9019-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Germain Joyner aka Germain William Joyner aka Germain Joyner

Debtor(s)

Case Number: 5:19-bk-04208-MJC

Chapter: 13

Carrington Mortgage Services
    Plaintiff(s)/Movant(s)

Related Document #: 89

vs.

Germain Joyner aka Germain William Joyner aka Germain Joyner
    Defendant(s)/Respondent(s)

## AMENDED REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1)  A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    ☐ Thirty (30) days.
    ☐ Forty-five (45) days.
    ☐ Sixty (60) days.

(2)  If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)  Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 03/20/2023

*/s/ Daniel P. Jones*
Attorney for Creditor

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.