United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04208-MJC |
| Germain W. Joyner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 6 |
| Date Rcvd: Mar 07, 2025 | Form ID: 3180W | Total Noticed: 87 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Germain W. Joyner, 3132 Pine Valley Way, East Stroudsburg, PA 18302-6703 |
| cr | + | WILMINGTON, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |
| 5252988 | ++++ | AMERIGAS PROPANE, C/O CENTRAL CREDIT SERVICES, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, AMERIGAS PROPANE, C/O CENTRAL CREDIT SERVICES, 20 CORPORATE HILLS DRIVE, SAINT CHARLES, MO 63301 |
| 5252993 | + | BLUE RIDGE CABLE, 920 EHLER STREET, STROUDSBURG, PA 18360-1121 |
| 5253008 | | DAVID APOTHAKER ESQ, 520 FELLOWSHIP RD SUITE C306, PO BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5253009 | | DIRECT TV, PO BOX 78626, PHOENIX, AZ 85062-8626 |
| 5253018 | + | MARK NICHTER PC, 44 SOUTH BROADWAY, WHITE PLAINS, NY 10601-4425 |
| 5253020 | | MET-ED/10 FIRST ENERGY, C/O ASSOC CREDIT SERVICE, PO BOX 5171, WESTBOROUGH, MA 01581 |
| 5253022 | + | MIDDLE SMITHFIELD TOWNSHIP, SEWER DEPARTMENT, 147 MUNICIPAL DRIVE, EAST STROUDSBURG, PA 18302-9519 |
| 5253023 | + | MIDDLE SMITHFIELD TWP, SEWER DEPARTMENT, 147 MUNICIPAL DRIVE, EAST STROUDSBURG, PA 18302-9519 |
| 5253025 | + | MONROE PATHOLOGISTS, PO BOX 808, EAST STROUDSBURG, PA 18301-4108 |
| 5253026 | + | MONROE RADIOLOGY IMAGING PC, PO BOX 12 B, EAST STROUDSBURG, PA 18301-0012 |
| 5253029 | + | NYC DEPT DEPT OF FINANCE, PARKING VIOLATIONS CHURCH ST STN, PO BOX 3600, NEW YORK, NY 10008-3600 |
| 5253030 | | NYS DEPT OF LABOR - UNEMPLOYMENT, INSURANCE DIV-BENEFIT COLL UNIT, PO BOX 1195, ALBANY, NY 12201-1195 |
| 5253034 | | PHELAN HALLINAN DIAMOND JONES, 1617 JFK BLVD SUITE 1400, ONE PENN CENTER PLAZA, PHILADELPHIA, PA 19103 |
| 5253036 | + | PINNACLE RECEIVABLE SOLUTIONS, PO BOX 51058, MYRTLE BEACH, SC 29579-0018 |
| 5253037 | + | POCONO GASTROENTEROLOGY PC, 175 E BROWN ST STE 115, EAST STROUDSBURG, PA 18301-3098 |
| 5253039 | + | POCONO HEALTHCARE MGT, ATTN BILLING OFFICE, PO BOX 827658, PHILADELPHIA, PA 19182-7658 |
| 5253041 | | POCONO MEDICAL CENTER, PO BOX 822009, PHILADELPHIA, PA 19182-2009 |
| 5253043 | + | RETRIEVAL MASTERS CREDITORS BUR, 4 WESTCHESTER PLZ SUITE 110, ELMSFORD, NY 10523-1615 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Mar 07 2025 23:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 07 2025 18:37:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| cr | + | EDI: AISACG.COM | Mar 07 2025 23:35:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2025 18:46:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5252986 | + | Email/Text: EBNProcessing@afni.com | Mar 07 2025 18:37:00 | AFNI INC, PO BOX 3097, BLOOMINGTON, IL 61702-3097 |
| 5270194 | | EDI: PHINAMERI.COM | Mar 07 2025 23:35:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5252987 | | EDI: PHINAMERI.COM | Mar 07 2025 23:35:00 | AMERICREDIT FINANCIAL SERVICES, 801 CHERRY STREET, FORT WORTH, TX 76102 |
| 5252989 | ^ | MEBN | Mar 07 2025 18:34:30 | APEX ASSET MGT, 2501 OREGON PIKE STE 102, LANCASTER, PA 17601-4890 |
| 5252990 | + | EDI: ATTWIREBK.COM | Mar 07 2025 23:35:00 | AT&T WIRELESS, C/o Bankruptcy, 1801 Valley View Lane, Farmers Branch, TX 75234-8906 |
| 5258480 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2025 18:45:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5252991 | + | EDI: CITICORP | Mar 07 2025 23:35:00 | BEST BUY CREDIT SERVICES, PO BOX 790441, SAINT LOUIS, MO 63179-0441 |
| 5252992 | + | EDI: CITICORP | Mar 07 2025 23:35:00 | BEST BUY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5252994 | + | Email/Text: updates@brennanclark.com | Mar 07 2025 18:37:00 | BRENNAN & CLARK LTD, 721 E MADISON ST, VILLA PARK, IL 60181-3083 |
| 5252995 | + | EDI: CAPITALONE.COM | Mar 07 2025 23:35:00 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 5252995 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2025 18:57:40 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 5252996 | + | EDI: CAPONEAUTO.COM | Mar 07 2025 23:35:00 | CAPITAL ONE AUTO, 3901 DALLAS PKWY, PLANO, TX 75093-7864 |
| 5252996 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 07 2025 18:45:29 | CAPITAL ONE AUTO, 3901 DALLAS PKWY, PLANO, TX 75093-7864 |
| 5252998 | + | EDI: CAPITALONE.COM | Mar 07 2025 23:35:00 | CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 5252998 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2025 18:57:46 | CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 5252997 | + | EDI: CAPITALONE.COM | Mar 07 2025 23:35:00 | CAPITAL ONE BANK, 26525 N RIVERWOODS BLVD, METTAWA, IL 60045-3438 |
| 5252997 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2025 18:45:51 | CAPITAL ONE BANK, 26525 N RIVERWOODS BLVD, METTAWA, IL 60045-3438 |
| 5486775 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 07 2025 18:37:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 5486776 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 07 2025 18:37:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 5253000 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Mar 07 2025 18:37:00 | COMPUTER CREDIT INC, PO BOX 5238, WINSTON SALEM, NC 27113-5238 |
| 5253001 | + | EDI: LCIICSYSTEM | Mar 07 2025 23:35:00 | CONEDISON, C/O IC SYSTEMS, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 5252999 | | Email/Text: cfcbackoffice@contfinco.com | Mar 07 2025 18:37:00 | CERULEAN, CARDHOLDER SERVICES, PO BOX 3220, BUFFALO, NY 14240 |
| 5253002 | | Email/Text: cfcbackoffice@contfinco.com | Mar 07 2025 18:37:00 | CONTINENTAL FINANCE COMPANY, 4550 NEW LINDEN HILL ROAD, SUITE 400, WILMINGTON, DE 19808 |
| 5253003 | + | EDI: CONVERGENT.COM | Mar 07 2025 23:35:00 | CONVERGENT, PO BOX 9004, RENTON, WA 98057-9004 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5253005 | + EDI: CCS.COM | Mar 07 2025 23:35:00 | CREDIT COLLECTION SERVICES, TWO WELLS AVENUE, NEWTON, MA 02459-3225 |
| 5253004 | + EDI: CCS.COM | Mar 07 2025 23:35:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 5253006 | Email/Text: correspondence@credit-control.com | Mar 07 2025 18:37:00 | CREDIT CONTROL LLC, PO BOX 31179, TAMPA, FL 33631 |
| 5253007 | Email/PDF: creditonebknotifications@resurgent.com | Mar 07 2025 18:45:51 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 5254903 | + EDI: AISACG.COM | Mar 07 2025 23:35:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5254903 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2025 18:46:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5267725 | + EDI: AISACG.COM | Mar 07 2025 23:35:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5267725 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2025 18:57:41 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5253009 | EDI: DIRECTV.COM | Mar 07 2025 23:35:00 | DIRECT TV, PO BOX 78626, PHOENIX, AZ 85062-8626 |
| 5253011 | Email/Text: akron_patient_services@teamhealth.com | Mar 07 2025 18:37:00 | EMERG CARE SERV OF PA, C/O AKRON BILLING CENTER, 3585 RIDGE PARK DR, AKRON, OH 44333-8203 |
| 5275396 | Email/Text: BNCnotices@dcmservices.com | Mar 07 2025 18:37:00 | Emergency Physician Associate of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5253012 | Email/Text: argbsref@geico.com | Mar 07 2025 18:37:00 | GEICO CASUALTY CO, ONE GEICO CENTER, MACON, GA 31296-0001 |
| 5253013 | + EDI: PHINGENESIS | Mar 07 2025 23:35:00 | GENESIS FS CARD SERVICES, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 5253014 | + EDI: PHINAMERI.COM | Mar 07 2025 23:35:00 | GM FINANCIAL, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 5253015 | EDI: LCIICSYSTEM | Mar 07 2025 23:35:00 | IC SYSTEM INC, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 5253016 | + EDI: JPMORGANCHASE | Mar 07 2025 23:35:00 | JP MORGAN CHASE BANK NA, 1111 POLARIS PARKWAY, COLUMBUS, OH 43240-2050 |
| 5253016 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 07 2025 18:45:57 | JP MORGAN CHASE BANK NA, 1111 POLARIS PARKWAY, COLUMBUS, OH 43240-2050 |
| 5280046 | + EDI: JPMORGANCHASE | Mar 07 2025 23:35:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203-4774 |
| 5280046 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 07 2025 18:57:56 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203-4774 |
| 5253017 | Email/Text: govtaudits@labcorp.com | Mar 07 2025 18:37:00 | LABORATORY CORP OF AMERICA, PO BOX 2240, BURLINGTON, NC 27216-2240 |
| 5269604 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2025 18:45:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5368367 | Email/Text: BankruptcyECFMail@mccalla.com | Mar 07 2025 18:37:00 | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5258374 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 07 2025 18:46:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5253019 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 07 2025 18:45:42 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5253021 | + Email/Text: cedwards@ncsplus.com | Mar 07 2025 18:37:00 | MIDDLE SMITHFIELD TOWNSHIP, C/O NATIONAL CREDIT SYSTEMS, 117 E 24TH ST 4TH FLOOR, NEW YORK, NY 10010-2919 |
| 5253024 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2025 18:37:00 | MIDLAND CREDIT MANAGEMENT, 2365 NORTHSIDE DRIVE, SUITE 300, SAN DIEGO, CA 92108-2710 |
| 5253027 | ^ MEBN | Mar 07 2025 18:34:37 | NATIONAL ENTERPRISE SYSTEMS, 29125 SOLON ROAD, SOLON, OH 44139-3442 |
| 5253028 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 07 2025 18:37:00 | NJ EZ PASS, VIOLATIONS PROCESSING CTR, PO BOX 4971, TRENTON, NJ 08650 |
| 5253031 | + Email/Text: NY-Bankruptcy@lgbs.com | Mar 07 2025 18:37:00 | NYS THRUWAY AUTHORITY, C/O LINEBARGER GOGGAN BLAIR, 61 BROADWAY STE 2600, NEW YORK, NY 10006-2840 |
| 5253032 | + EDI: AGFINANCE.COM | Mar 07 2025 23:35:00 | ONE MAIN FINANCIAL, PO BOX 499, HANOVER, MD 21076-0499 |
| 5265178 | + EDI: AGFINANCE.COM | Mar 07 2025 23:35:00 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 5253033 | EDI: SYNC | Mar 07 2025 23:35:00 | PAYPAL, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 5253033 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2025 18:58:02 | PAYPAL, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 5253035 | + Email/Text: pcabkt@phillips-cohen.com | Mar 07 2025 18:37:00 | PHILLIPS & COHEN ASSOC, 1002 JUSTISON STREET, WILMINGTON, DE 19801-5148 |
| 5253038 | + Email/Text: bankruptcydepartment@tsico.com | Mar 07 2025 18:37:00 | POCONO HEALTHCARE MANAGEMENT, C/O TRANSWORLD SYSTEMS INC, 507 PRUDENTIAL RD, HORSHAM, PA 19044-2308 |
| 5253040 | + Email/Text: Bankruptcies@nragroup.com | Mar 07 2025 18:37:00 | POCONO MEDICAL CENTER, C/O NATIONAL RECOVERY AGENCY, 2491 PAXTON ST, HARRISBURG, PA 17111-1036 |
| 5253042 | EDI: PRA.COM | Mar 07 2025 23:35:00 | PORTFOLIO RECOVERY ASSOC LLC, PO BOX 12914, NORFOLK, VA 23541 |
| 5274856 | EDI: Q3G.COM | Mar 07 2025 23:35:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5253044 | + Email/Text: updates@brennanclark.com | Mar 07 2025 18:37:00 | SAFECO-LIBERTY MUTUAL GROUP, C/O BRENNAN & CLARK LTD, 721 E MADISON STE 200, VILLA PARK, IL 60181-3082 |
| 5253045 | + Email/Text: Supportservices@receivablesperformance.com | Mar 07 2025 18:37:00 | SPRINT, C/O RPM, 20816 44TH AVE W, LYNNWOOD, WA 98036-7744 |
| 5253046 | + EDI: CONVERGENT.COM | Mar 07 2025 23:35:00 | T-MOLBILE USA, C/O CONVERGENT OUTSOURCING, 800 SW 39TH ST, RENTON, WA 98057-4927 |
| 5253047 | + EDI: PHINGENESIS | Mar 07 2025 23:35:00 | THE BANK OF MISSOURI/MILSTNE, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 5253048 | + Email/Text: blindsay@transcontinentalcredit.com | Mar 07 2025 18:37:00 | TRANS-CONTINENTAL CREDIT & COLL, PO BOX 5055, WHITE PLAINS, NY 10602-5055 |
| 5254861 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 07 2025 18:45:44 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, |

| Recip ID | | Notice Type | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | DC 20410-0002 |
| 5253049 | + | EDI: VERIZONCOMB.COM | Mar 07 2025 23:35:00 | VERIZON WIRELESS, PO BOX 49, LAKELAND, FL 33802-0049 |
| 5253049 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 07 2025 18:37:00 | VERIZON WIRELESS, PO BOX 49, LAKELAND, FL 33802-0049 |
| 5253050 | ^ | MEBN | Mar 07 2025 18:34:34 | VIOLATIONS PROCESSING CENTER, PO BOX 15186, ALBANY, NY 12212-5186 |
| 5319749 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 07 2025 18:37:00 | WILMINGTON SAVINGS CARRINGTON MTS SERV, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806, WILMINGTON SAVINGS CARRINGTON MTS SERV, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806-5948 |
| 5319748 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 07 2025 18:37:00 | WILMINGTON SAVINGS CARRINGTON MTS SERV, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806-5948 |
| 5253051 | + | Email/Text: cedwards@ncsplus.com | Mar 07 2025 18:37:00 | WIRELESS DEPOT/VERIZON RETAIL, C/O NATIONAL CREDIT SYSTEMS, 117 E 24TH ST 5TH FLOOR, NEW YORK, NY 10010-2937 |
| 5507657 | ^ | MEBN | Mar 07 2025 18:34:33 | Wilmington Savings Fund Society, FSB, et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 79

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5335958 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5312445 | *+ | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203-4774 |
| 5368368 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5253010 | ## | DIVERSIFIED CONSULTANTS, PO BOX 1391, SOUTHGATE, MI 48195-0391 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:

**Name**     **Email Address**

Daniel Philip Jones
   on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust F djones@sterneisenberg.com, bkecf@sterneisenberg.com

Daniel Philip Jones
   on behalf of Creditor Carrington Mortgage Services LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise E. Carlon
   on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Stanwich Mortgage Loan Trust F by Carrington Mortgage Services, LLC as Servicer and Attorney in Fact bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
   on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
   TWecf@pamd13trustee.com

Mario J. Hanyon
   on behalf of Creditor Jpmorgan Chase Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario John Hanyon
   on behalf of Creditor Jpmorgan Chase Bank National Association pamb@fedphe.com, mario.hanyon@brockandscott.com

Monroe County Tax Claim Bureau
   TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov

Robert J Kidwell, III
   on behalf of Debtor 1 Germain W. Joyner rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Steven K Eisenberg
   on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust F seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
   ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
   on behalf of Debtor 1 Germain W. Joyner lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 12

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Germain W. Joyner<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0417<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–04208–MJC | |

# Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Germain W. Joyner
aka Germain William Joyner, aka Germain Joyner

3/7/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**