In re:                                                                    Case No. 19-04208-MJC

Germain W. Joyner                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 2

Date Rcvd: Apr 30, 2025                       Form ID: fnldec                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Germain W. Joyner, 3132 Pine Valley Way, East Stroudsburg, PA 18302-6703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025                            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Carrington Mortgage Services  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust F by Carrington Mortgage Services, LLC as Servicer and Attorney in Fact bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor Jpmorgan Chase Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Jpmorgan Chase Bank  National Association pamb@fedphe.com, mario.hanyon@brockandscott.com |

District/off: 0314-5

Date Rcvd: Apr 30, 2025

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

Monroe County Tax Claim Bureau

TZito@monroecountypa.gov  TZito@monroecountypa.gov;CTreible@monroecountypa.gov

Robert J Kidwell, III

on behalf of Debtor 1 Germain W. Joyner rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Steven K Eisenberg

on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F
seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Germain W. Joyner
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Germain W. Joyner,<br>aka Germain William Joyner, aka Germain Joyner, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−04208−MJC |

Social Security No.:

xxx−xx−0417

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 30, 2025

**fnldec** (01/22)